| **Fill in this information to identify your case:** |
| --- |
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Global Brokerage, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | FXCM, Inc. |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-3268672 |
| 4. | **Debtor's address** | **Principal place of business** **55 Water Street 50th Floor New York, NY 10041** Number, Street, City, State & ZIP Code  **New York** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **Global Brokerage, Inc.**  Case number (*if known*)  _____
       Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the above |

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**523999**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  
  ☑ A plan is being filed with this petition.
  
  ☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  
  ☑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

| Debtor | **Global Brokerage, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**   *Check all that apply:*

- [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [✓] No
- [ ] Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes.   Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- [✓] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [ ] 1-49
- [✓] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [✓] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [✓] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor  **Global Brokerage, Inc.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/11/2017
               MM / DD / YYYY

**X** /s/ Kenneth Grossman                           **Kenneth Grossman**
Signature of authorized representative of debtor     Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

**X** /s/ Arthur J. Steinberg            Date   12/11/2017
Signature of attorney for debtor                MM / DD / YYYY

**Arthur J. Steinberg**
Printed name

**King & Spalding LLP**
Firm name

**1185 Avenue of Americas**
**New York, NY 10036**
Number, Street, City, State & ZIP Code

Contact phone   **212-556-2100**      Email address   **asteinberg@kslaw.com**

**1680495 (New York)**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

**Official Form 201A (12/15)**

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Southern District of New York

In re   **Global Brokerage, Inc.**                                        Case No.
                                    Debtor(s)                              Chapter    **11**

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   **001-34986**  .

2. The following financial data is the latest available information and refers to the debtor's condition on   **October 31, 2017**[1]  .

   a. Total assets                                                          $         78,787,046

   b. Total debts (including debts listed in 2.c., below)                   $        172,557,900

   c. Debt securities held by more than 500 holders:

                                                                                                   Approximate number of holders:

   | secured ☐ | unsecured ☐ | subordinated ☑ | $ 172,500,000.00 | Unknown |
   |---|---|---|---|---|
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0 |

   d. Number of shares of preferred stock                                            0                    0

   e. Number of shares common stock                                            6,143,297              Unknown

   Comments, if any:

3. Brief description of Debtor's business:
   **Global Brokerage, Inc. is a holding company with an indirect effective ownership of FXCM Group, LLC through its equity interest in Global Brokerage Holdings, LLC**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **Franklin Resources, Inc.**

---

[1]**Total assets and total debts reflect the latest available, unaudited information and are based solely on the Debtor's book value.**

Official Form 201A          Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**WRITTEN CONSENT IN LIEU OF A MEETING OF
THE BOARD OF DIRECTORS OF
GLOBAL BROKERAGE, INC.**

**December 11, 2017**

The undersigned, being the board of directors (the "Board of Directors"), of Global Brokerage, Inc., a Delaware corporation (the "Company"), hereby take the following actions and adopt the following resolutions by unanimous written consent (this "Consent"), in lieu of a special meeting of the Board of Directors, pursuant to the Amended and Restated By-Laws of Global Brokerage, Inc. and the laws of Delaware:

WHEREAS, the Board of Directors previously considered presentations by the Company's management (the "Management") and financial and legal advisors (collectively, the "Advisors") regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business;

WHEREAS, in connection therewith, the Company negotiated a restructuring support agreement (the "Restructuring Support Agreement"), by and among the Company, Global Brokerage Holdings, LLC, FXCM Group, LLC, the Consenting Noteholders (as such term is defined in the Restructuring Support Agreement), LUK-FX Holdings, LLC, in its capacity as a member of FXCM Group, LLC and in its capacity as lender under the Leucadia Credit Agreement (as such term is defined in the Restructuring Support Agreement) and Leucadia National Corporation, as administrative agent under the Leucadia Credit Agreement (as such term is defined in the Restructuring Support Agreement), pursuant to which the Company will restructure its obligations under the Existing GLBR Notes (as such term is defined in the Restructuring Support Agreement) on the terms set forth in the Restructuring Support Agreement;

WHEREAS, the Board of Directors previously approved the Restructuring Support Agreement and authorized and directed any officer of the Company (each, an "Authorized Officer" and collectively, the "Authorized Officers") to prepare and finalize for distribution to the beneficial holders or investment advisor to the beneficial holders of notes issued by the Company pursuant to that certain Indenture, dated as of June 3, 2013, among the Company, as issuer, and The Bank of New York Mellon, as trustee, a disclosure statement (the "Disclosure Statement") soliciting acceptances (the "Solicitation") of a prepackaged chapter 11 plan of reorganization (the "Prepackaged Plan"), substantially in the form presented to the Board of Directors, with such changes as the Authorized Officers shall deem reasonably necessary and appropriate, any amendment or supplement thereto, in the form as any such Authorized Officer shall approve, such approval to be conclusively evidenced by the distribution of each such Disclosure Statement, or amendment or supplement thereto;

WHEREAS, the Solicitation has concluded with 100% of the votes received from holders of Class 3 Claims, the only class entitled to vote, voting to accept the Prepackaged Plan; and

1

WHEREAS, the Board of Directors discussed the foregoing with the Management and the Advisors and has determined, in the judgment of the Board of Directors, that it is in the best interests of the Company, its shareholders, its creditors, and other parties in interest for the Company to file a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**Chapter 11 Case**

NOW, THEREFORE, BE IT RESOLVED, that the Company be, and hereby is, authorized and empowered to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the case commenced as a result of such voluntary petition, the "Chapter 11 Case") in a court of proper jurisdiction (the "Bankruptcy Court");

RESOLVED FURTHER, that any Authorized Officer be, and each of them individually hereby is, authorized, in the name and on behalf of the Company, appointed as the Company's authorized representatives, and in such capacity, acting alone or together, with power of delegation, be, and they hereby are, authorized and empowered to execute and file on behalf of the Company, including in the Company's capacity as shareholder or member of its subsidiaries, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents, including, without limitation, the Prepackaged Plan, the Plan Supplement (as such term is defined in the Restructuring Support Agreement), and the Disclosure Statement, and to take any and all action that they deem necessary or proper to obtain such relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

RESOLVED FURTHER, that the Company be, and hereby is, authorized and empowered to consummate the Prepackaged Plan, through the Chapter 11 Case;

**Retention of Professionals**

RESOLVED FURTHER, that each Authorized Officer be, and they hereby are, authorized and directed to employ the law firm of King & Spalding LLP with offices currently located at 1180 Peachtree Street, N.E., Atlanta, Georgia 30309, and 1185 Avenue of the Americas, New York, New York 10036, as counsel to represent and assist the Company in carrying out and fulfilling its duties and obligations under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of King & Spalding LLP;

RESOLVED FURTHER that each Authorized Officer be, and they hereby are, authorized and directed to employ the firm of Perella Weinberg Partners ("PWP") as financial advisors and investment bankers to represent and assist the Company in carrying out and fulfilling its duties and obligations under the Bankruptcy Code, and to take all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized

Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of PWP;

RESOLVED FURTHER that each Authorized Officer be, and they hereby are, authorized and directed to employ the firm of Prime Clerk LLC as solicitation, notice, and claims agent to represent and assist the Company in carrying out and fulfilling its duties and obligations in connection with solicitation of the Prepackaged Plan and under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Prime Clerk LLC;

RESOLVED FURTHER that each Authorized Officer be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary;

RESOLVED FURTHER that each Authorized Officer be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case;

**Further Actions**

RESOLVED FURTHER, that the Authorized Officers be, and each of them hereby is, authorized and directed to do and perform, or cause to be done and performed, all such acts, deeds and things, to pay any and all expenses, and to make, execute and deliver, or cause to be made, executed and delivered, all such agreements, undertakings, documents, instruments or certificates, including, without limitation, amendments to agreements and supplements to indentures, in the name and on behalf of the Company or otherwise as any such officer may deem necessary or appropriate to effectuate or carry out fully the purpose and intent of the foregoing resolutions, including but not limited to the performance of the obligations of the Company under any document referred to herein and the payment of fees of counsel; and

RESOLVED FURTHER, that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken previously by any Authorized Officers or employees of the Company on its behalf, such actions are hereby ratified, approved and confirmed in their entirety.

**IN WITNESS WHEREOF**, the undersigned have executed this Consent as of the date indicated above.

_____
Kenneth Grossman

_____
David Sakhai

_____
Robin Davis

_____
Arthur Gruen

_____
Bryan L. Reyhani

_____
Ryan Silverman

_____
Eduard Yusupov

4

**IN WITNESS WHEREOF**, the undersigned have executed this Consent as of the date indicated above.

_____
Kenneth Grossman

_____
David Sakhai

_____
Robin Davis

_____
Arthur Gruen

_____
Bryan L. Reyhani

_____
Ryan Silverman

_____
Eduard Yusupov

4

**IN WITNESS WHEREOF**, the undersigned have executed this Consent as of the date indicated above.

_____
Kenneth Grossman


_____
David Sakhai


_____
Robin Davis


_____
Arthur Gruen


_____
Bryan L. Reyhani


_____
Ryan Silverman


_____
Eduard Yusupov

1

IN WITNESS WHEREOF, the undersigned have executed this Consent as of the date indicated above.

_____
Kenneth Grossman

_____
David Sakhai

_____
Robin Davis

_____
Arthur Gruen

_____
Bryan L. Reyhani

_____
Ryan Silverman

_____
Eduard Yusupov

**IN WITNESS WHEREOF**, the undersigned have executed this Consent as of the date indicated above.

_____
Kenneth Grossman

_____
David Sakhai

_____
Robin Davis

_____
Arthur Gruen

_____
Bryan L. Reyhani

_____
Ryan Silverman

_____
Eduard Yusupov

1

**IN WITNESS WHEREOF**, the undersigned have executed this Consent as of the date indicated above.

_____
Kenneth Grossman

_____
David Sakhai

_____
Robin Davis

_____
Arthur Gruen

_____
Bryan L. Reyhani

_____
Ryan Silverman

_____
Eduard Yusupov

**IN WITNESS WHEREOF**, the undersigned have executed this Consent as of the date indicated above.

_____
Kenneth Grossman

_____
David Sakhai

_____
Robin Davis

_____
Arthur Gruen

_____
Bryan L. Reyhani

_____
Ryan Silverman

_____
Eduard Yusupov

4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Global Brokerage, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

As of the filing of date hereof, the Debtor does not have twenty unsecured claims outstanding. Thus, the Debtor is providing the list below which lists the only unsecured claims of which the Debtor is aware.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| THE BANK OF NEW YORK MELLON, AS INDENTURE TRUSTEE | 101 Barclay Street, Floor 7W New York, NY 10286 Attn: Corporate Trust Administration | Debt | | | | $172,500,000.00 plus accrued and unpaid interest as of the petition date |
| ERNST & YOUNG | David Stollow Ernst & Young 5 Times Square New York, NY 10036 | Trade Debt | Liquidated | | | $30,000 |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Kenneth Nachbar 1201 North Market Street PO Box 1347 Wilmington, DE 19899 | Trade Debt | Liquidated | | | $7,834.91 |
| D.F. KING & CO., INC. | DF King 48 Wall Street New York, NY 10005 | Trade Debt | Liquidated | | | $2,254.11 |
| S2 FILING, LLC | S2 Filings 5670 Wilshire Blvd, Suite 1530 Los Angeles, CA 90036 | Trade Debt | Liquidated | | | $395.00 |
| END OF DOCUMENT | | | | | | |

| Fill in this information to identify the case: |
|---|
| Debtor name **Global Brokerage, Inc.** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 11, 2017**     X **/s/ Kenneth Grossman**
                                          Signature of individual signing on behalf of debtor

                                          **Kenneth Grossman**
                                          Printed name

                                          **Chief Executive Officer**
                                          Position or relationship to debtor

# United States Bankruptcy Court
## Southern District of New York

In re  **Global Brokerage, Inc.**                                                                 Case No.

                                    Debtor(s)                                                     Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Global Brokerage, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]


12/11/2017                                                          /s/ Kenneth Grossman

Date                                                                **Kenneth Grossman**
                                                                    Chief Executive Officer

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Global Brokerage, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration    **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/11/2017        **X** /s/ Kenneth Grossman
                                Signature of individual signing on behalf of debtor

                                **Kenneth Grossman**
                                Printed name

                                **Chief Executive Officer**
                                Position or relationship to debtor